**Charles William LEVY,**
Plaintiff–Appellant,

v.

**COMMONWEALTH OF VIRGINIA**
**STATE BOARD OF ELECTIONS,**
Defendant–Appellee.

No. 02–1903.

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 24, 2002.

Decided Oct. 30, 2002.

Charles William Levy, Appellant Pro Se.

Before WIDENER, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Charles William Levy appeals the district court's order dismissing his civil action against the Virginia State Board of Elections. Our review of the record and the district court's opinion adopting the

magistrate judge's recommendation discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Levy v. State Bd. of Elections,* No. CA–02–283–A (E.D. Va. filed Aug. 2, 2002 & entered Aug. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*